AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated<br>*Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 4:17-cv-1876   VC |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as General Manager of the San Francisco Bay Area Rapid Transit District<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SAN FRANCISCO BAY AREA RAPID
TRANSIT DISTRICT
300 LAKESIDE DRIVE, 20TH FLOOR
OAKLAND, CA 94612

GRACE CRUNICAN
GENERAL MANAGER, SAN FRANCISCO
BAY AREA RAPID TRANSIT DISTRICT
P.O. BOX 12688
OAKLAND, CA 94604-2688

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michelle Caiola
*(Pro Hac Vice* Admission Pending)
Disability Rights Advocates
675 Third Avenue, Suite 2216
New York, NY 10017

Rebecca Williford and Sean Betouliere
Disability Rights Advocates
2001 Center St. 4th Fl.
Berkeley, CA 94704

Jinny Kim and Rachael Langston
Legal Aid at Work
180 Montgomery Street, Suite 600
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: April 5, 2017

*Felicia Reloba*
*Signature of Clerk or Deputy Clerk*