Reset Form

CAND Pay.gov Application for Refund (rev. 3/16)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***: *In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.*

| | |
|---|---|
| **Your Name:** Rebecca Williford | **Your Phone Number:** (510) 529-3423 |
| **Your Email Address:** rwilliford@dralegal.org | **Full Case Number (if applicable):** 4:17-cv-1876 |
| **Pay.gov Tracking ID Number:** 261MLNPF | **Fee Type:** ☐ Attorney Admission  ☑ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number:** 0971- 11289526 | |
| **Transaction Date:** 04/05/2017 | |
| **Transaction Time:** 11:57 am | |
| **Transaction Amount (Amount to be refunded):** $ 400.00 | |
| **Reason for Refund Request:** Filing error: document was not submitted. | |

*Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. *View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund Request: ☐ Approved  ☐ Denied  ☑ Denied - Resubmit Amended Application (see Reason for Denial) | |
| Approval/Denial Date: 4/12/2017 | Request Approved/Denied By: Ana Barares |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): Needs to clarify which document was not submitted. Incorrect case number listed on the application. | |
| Referred for OSC Date (if applicable): | |