# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***: *In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.*

| | |
|---|---|
| **Your Name:** Rebecca Williford | **Your Phone Number:** (510) 529-3423 |
| **Your Email Address:** rwilliford@dralegal.org | **Full Case Number (if applicable):** 3:17-cv-01876-VC |
| **Pay.gov Tracking ID Number:** 261MLNPF | **Fee Type:** ☐ Attorney Admission ☒ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number: 0971-** 11289526 | |
| **Transaction Date:** 04/05/2017 | |
| **Transaction Time:** 11:57 AM | |
| **Transaction Amount (Amount to be refunded):** $ 400.00 | |
| **Reason for Refund Request:** | I was incorrectly charged twice for filing the Complaint. The reason for the double-charge is because during the first attempt to file the Complaint, after already paying the filing fee, I needed to fix an error on a previous screen. Since I had already paid, it was not possible to go back and fix the error. Thus, I was forced to abort this attempt and restart the filing of the Complaint. This required a new filing fee of $400, which we have paid and are not requesting a refund for. |

***Efile*** *this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND. *View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| **FOR U.S. DISTRICT COURT USE ONLY** | |
|---|---|
| Refund Request: | ☐ Approved<br>☐ Denied<br>☐ Denied - Resubmit Amended Application (see Reason for Denial) |
| Approval/Denial Date: | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |