AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-1876 VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* San Francisco Bay Area Rapid Transit District
was received by me on *(date)* 04/12/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kenneth A. Duron, District Secretary , who is
designated by law to accept service of process on behalf of *(name of organization)* San Francisco Bay Area Rapid Transit
District, 300 Lakeside Drive, Oakland, CA 94612, at 4:15 PM on *(date)* 04/12/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 144.30 for travel and $ _____ for services, for a total of $ 144.30 .

I declare under penalty of perjury that this information is true.

Date: 04/13/2017

*Server's signature*

Gregory B. King, San Francisco County Reg. No. 1206
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:
List of documents served: (1) Civil Cover Sheet, (2) Complaint, (3) Summons, (4) Application for Refund (USDC-CAND PAY.GOV), (5) Notice of Electronic Filing, (6.)Assigned Judge Scheduling Order, (7) Notice of Eligibility for Video Recording, (8) Application for Admission of Attorney Michelle Caiola Pro Hac Vice, (9) Order Granting Michelle Caiola For Admission of Attorney Pro Hac Vice, (10) Clerks Notice Scheduling Deadline to File Joint Status Report, (11) Notice of Appearance of Rachael Langston as Counsel for Plaintiffs, (12) Notice of Appearance of Jinny Kim as Counsel for Plaintiffs, (13) Notice of Appearance of Sean Betouliere as Counsel For Plaintiffs, (14) ECF Registration Information, (15) Notice of Availability of Magistrate Judge to Exercise jurisdiction, (16) Filing Procedures (San Francisco), (17) General Order No. 56 Americans with Disabilities Act Access litigation, (18) Standing Order for All Judges of the Northern District of California, (19) Standing Order for Civil Cases Before Judge Vince Chhabria, (20) Standing Order for Civil Trials before Judge Chhabria