MICHELLE CAIOLA (Admitted Pro Hac Vice)
(mcaiola@dralegal.org)
DISABILITY RIGHTS ADVOCATES
675 Third Avenue, Suite 2216
New York, New York 10017
Telephone:   (212) 644-8644
Facsimile:   (212) 644-8636

REBECCA WILLIFORD (CA BAR NO. 269977)
(rwilliford@dralegal.org)
SEAN BETOULIERE (CA BAR NO. 308645)
(sbetouliere@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511

JINNY KIM (CA BAR NO. 208953)
(jkim@legalaidatwork.org)
RACHAEL LANGSTON (CA BAR NO. 257950)
(rlangston@legalaidatwork.org)
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096

**Attorneys for Plaintiffs**

*Caption continued on the next page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br>v.<br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as General Manager of the San Francisco Bay Area Rapid Transit District,<br>    Defendants. | Case No. 3:17-cv-01876-VC<br><br>JOINT CONSENT AND STIPULATION FOR REASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE LAUREL BEELER |

1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA  94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
6  OFFICE OF THE GENERAL COUNSEL
   VICTORIA R. NUETZEL, Bar No. 115124
7  300 Lakeside Drive, 23rd Floor
   Oakland, CA  94612
8  Telephone: (510) 464-6023
   Facsimile: (510) 464-6049
9
10 **Attorneys for Defendants**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00567865.DOCX}                                          Case No. 3:17-cv-01876-VC
JOINT CONSENT AND STIPULATION FOR REASSIGNMENT TO UNITED STATES
MAGISTATE JUDGE LAUREL BEELER

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have United States Magistrate Judge Laurel Beeler conduct any and all further proceedings in this matter through judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  February 7, 2019            Respectfully Submitted,

                                                      Rebecca Williford
                                                     Sean Betouliere
                                                     DISABILITY RIGHTS ADVOCATES

Dated:  February 7, 2019            By:  /s/ Rebecca Williford
                                                     REBECCA WILLIFORD
                                                     Attorneys for Plaintiffs

                                                     Jinny Kim
                                                     Rachael M. Langston
                                                     LEGAL AID AT WORK

                                             By:  /s/ Jinny Kim
                                                   JINNY KIM
                                                   Attorneys for Plaintiffs

Dated:  February 7, 2019

                                                   Clement L. Glynn
                                                   Jonathan A. Eldredge
                                                   GLYNN & FINLEY, LLP

                                             By:  /s/ Clement L. Glynn
                                                   CLEMENT L. GLYNN
                                                   Attorneys for Defendants

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Jinny Kim, attest that concurrence in the filing of this document has been obtained.

DATED: February 7, 2019

                                          /s/ Jinny Kim  
                                        Jinny Kim  
                                        Attorney for Plaintiffs