| | |
|---|---|
| 1 | REBECCA WILLIFORD (CA BAR NO. 269977) |
| 2 | (rwilliford@dralegal.org)<br>SEAN BETOULIERE (CA BAR NO. 308645) |
| 3 | (sbetouliere@dralegal.org)<br>DISABILITY RIGHTS ADVOCATES |
| 4 | 2001 Center Street, Fourth Floor<br>Berkeley, California 94704-1204 |
| 5 | Telephone:   (510) 665-8644<br>Facsimile:    (510) 665-8511 |
| 6 | |
| 7 | CHRISTOPHER HO (CA BAR NO. 129845) |
| 8 | (cho@legalaidatwork.org)<br>ALEXIS ALVAREZ (CA BAR NO. 281377) |
| 9 | (aalvarez@legalaidatwork.org)<br>LEGAL AID AT WORK |
| 10 | 180 Montgomery Street, Suite 600<br>San Francisco, California 94104 |
| 11 | Telephone:   (415) 864-8848<br>Facsimile:    (415) 593-0096 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Defendant. | Case No. 3:17-cv-01876-LB<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER HO AS COUNSEL OF RECORD**<br><br>**Complaint filed: April 5, 2017**<br>**Trial Date: None set** |

TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED of the appearance of Christopher Ho of Legal Aid at Work as counsel of record for Plaintiffs in this matter. Please serve all pleadings, notices, and similar papers, on counsel at the following address:

    Christopher Ho (State Bar No. 129845)
    LEGAL AID AT WORK
    180 Montgomery Street, Suite 600
    San Francisco, California 94104
    Telephone:  (415) 864-8848
    Facsimile:  (415) 593-0096
    E-mail:  cho@legalaidatwork.org

Dated: March 24, 2023            Respectfully submitted,

                                      LEGAL AID AT WORK

                                      By:    /s/ Christopher Ho
                                                    Christopher Ho
                                                        Attorneys for Plaintiffs