REBECCA WILLIFORD (CA BAR NO. 269977)
(rwilliford@dralegal.org)
SEAN BETOULIERE (CA BAR NO. 308645)
(sbetouliere@dralegal.org)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511

CHRISTOPHER HO (CA BAR NO. 129845)
(cho@legalaidatwork.org)
ALEXIS ALVAREZ (CA BAR NO. 281377)
(aalvarez@legalaidatwork.org)
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone:    (415) 864-8848
Facsimile:    (415) 593-0096

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Defendant. | Case No. 3:17-cv-01876-LB<br><br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL ALEXIS ALVAREZ**<br><br>**Complaint filed: April 5, 2017**<br>**Trial Date: None set** |

1  TO THE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      Please be advised that Legal Aid at Work attorney Alexis Alvarez hereby withdraws as
3  counsel of record in the above action, effective March 17, 2023.

4      Plaintiffs' current counsel Christopher Ho, of Legal Aid at Work, and Rebecca Williford
5  and Sean Betouliere, of Disability Rights Advocates, will continue to serve as counsel of record.

7  Dated: March 24, 2023        Respectfully submitted,

8          LEGAL AID AT WORK

10          By:    /s/ Alexis Alvarez
            Alexis Alvarez
11              Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL OF COUNSEL ALEXIS ALVAREZ