REBECCA WILLIFORD (CA BAR NO. 269977)
(rwilliford@dralegal.org)
SEAN BETOULIERE (CA BAR NO. 308645)
(sbetouliere@dralegal.org)
JINNY KIM (CA BAR NO. 208953)
(jkim@dralegal.org)
MELISSA RIESS CA BAR NO. 295959)
mriess@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone:    (510) 665-8644
Facsimile:     (510) 665-8511

CHRISTOPHER HO (CA BAR NO. 129845)
(cho@legalaidatwork.org)
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone:    (415) 864-8848
Facsimile:     (415) 593-0096

*Attorneys for Plaintiffs*

*(additional counsel on next page)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as general manager of the San Francisco Bay Area Rapid Transit District,<br><br>            Defendants. | Case No. 3:17-cv-01876 LB<br><br>**JOINT STATEMENT RE: COURT'S ORDER OF NOVEMBER 20, 2023 (DKT. NO. 142)** |

*Senior and Disability Action, et al. v San Francisco Bay Area Rapid Transit, et al.,* **Case No. 3:17-cv-01876 LB**
**JOINT STATEMENT RE: COURT'S ORDER OF NOVEMBER 20, 2023 (DKT. NO. 142)**

1  CLEMENT L. GLYNN (CA BAR NO. 57117)
   (cglynn@glynnfinley.com)
2  VICTORIA R. NUETZEL (CA BAR NO. 115124)
   (vnuetze@bart.gov)
3  JONATHAN A. ELDREDGE (CA BAR NO. 238559)
   (jeldredge@glynnfinley.com)
4  GLYNN & FINLEY, LLP
   One Walnut Creek Center
5  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
6  Tel:    (925) 210-2800
   Fax:    (925) 945-1975
7
   *Attorneys for Defendants*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Senior and Disability Action, et al. v San Francisco Bay Area Rapid Transit, et al.,* **Case No. 3:17-cv-01876 LB**
**JOINT STATEMENT RE: COURT'S ORDER OF NOVEMBER 20, 2023 (DKT. NO. 142)**

Pursuant to ECF Dkt. No. 142, the Parties provide the following update: the Parties have a fully-executed settlement agreement which has been approved by BART's Board of Directors. Pursuant to the settlement agreement, the Parties will file a joint motion for preliminary approval within 30 days. The Parties respectfully request that the Case Management Conference scheduled for October 26, 2023 at 11:00 a.m. be taken off-calendar.

DATED: September 21, 2023               Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

  /s/ Jinny Kim
Jinny Kim
Attorneys for Plaintiffs

GLYNN & FINLEY, LLP

  /s/ Jonathan Eldredge
Jonathan Eldredge
Attorneys for Defendants

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Jinny Kim, attest that concurrence in the filing of this document has been obtained.

September 21, 2023               /s/ Jinny Kim
Jinny Kim
Attorneys for Plaintiffs