DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as General Manager of the San Francisco Bay Area Rapid Transit District,<br><br>    Defendants. | Case No. 3:17-cv-01876 LB<br><br>**JUDGMENT** |

The Court hereby enters final judgment in this action as between Plaintiffs and the Settlement Class and Defendants San Francisco Bay Area Rapid Transit District ("BART") and Grace Crunican, as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

    (1) All Released Claims of Plaintiffs and the Settlement Class are hereby released as against Defendants and Released Parties as defined in the Settlement Agreement;

1  (2) Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over Plaintiffs, the Settlement Class members, Defendants, and the Settlement Agreement throughout the term of the Settlement Agreement;

(3) This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's orders;

(4) This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a); and

(5) The Court finds that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Settlement Class and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

Dated: April 18, 2024

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Senior and Disability Action, et al. v. Bay Area Rapid Transit, et al.*, Case No. 3:17-cv-01876-LB
Judgment