JINNY KIM (SBN 208953)
jkim@dralegal.org
MELISSA RIESS (SBN 295959)
mriess@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as General Manager of the San Francisco Bay Area Rapid Transit District,

Defendants.

**Case No. 3:17-cv-01876 VC**

**NOTICE OF WITHDRAWAL OF MELISSA RIESS AS COUNSEL FOR PLAINTIFFS**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 11-5, Melissa Riess of Disability Rights Advocates hereby withdraws as counsel for Plaintiffs Senior and Disability Action, Independent Living Resource Center of San Francisco, Pi Ra, and Ian Smith in this matter. Plaintiffs have been notified of this withdrawal and will continue to be represented by other counsel from Disability Rights Advocates who have entered appearances in this action, and the withdrawal of Ms. Riess will cause no prejudice to any party or delay in the case schedule.

It is further requested that Ms. Riess's name be removed from the case docket; that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to mriess@dralegal.org, and that Ms. Riess's name be removed from any applicable service lists.

DATED: June 25, 2024

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

*/s/ Melissa Riess*

Melissa Riess
Attorney for Plaintiffs