**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SENIOR AND DISABILITY ACTION, on behalf of its members and all others similarly situated; INDEPENDENT LIVING RESOURCE CENTER OF SAN FRANCISCO; PI RA, on behalf of himself and all others similarly situated; and IAN SMITH, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT and GRACE CRUNICAN, in her official capacity as General Manager of the San Francisco Bay Area Rapid Transit District,

Defendants.

**Case No. 3:17-cv-01876 VC**

**[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF MELISSA RIESS AS COUNSEL FOR PLAINTIFFS**

Upon consideration of the Motion to Withdraw Melissa Riess as Counsel, it is hereby ORDERED that the Motion to Withdraw Melissa Riess as Counsel is GRANTED.

Date: June 26, 2024

Honorable Laurel Beeler
United States District Magistrate Judge